# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| SKILLETS, LLC d/b/a SKILLETS RESTAURANT, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>COLONY INSURANCE COMPANY,<br><br>  Defendant. | Civil Action No. 3:20-cv-678-HEH |

## COLONY INSURANCE COMPANY'S MOTION TO DISMISS

Defendant Colony Insurance Company, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss Plaintiff's Original Class Action Complaint for failure to state a claim upon which relief can be granted.

As grounds for its Motion, Defendant Colony Insurance Company respectfully refers the Court to the Memorandum In Support of Motion To Dismiss and proposed Order accompanying this Motion.

DATED:  October 2, 2020

STEWART | SMITH

By: */s/ Gary W. Berdeen*
Gary W. Berdeen, Esq.
Virginia Bar ID: 46659
One Park West Circle, Suite 306-D
Midlothian, VA 23114
P: (804) 533-1718
F: (484) 534-9470
E: gberdeen@stewartsmithlaw.com

William Stewart
STEWART SMITH
300 Four Falls Corporate Center, Ste. 670
300 Conshohocken State Rd.
West Conshohocken, PA 19428
(484) 534-8300
(484) 534-9470 FAX
WStewart@stewartsmithlaw.com
*Pro Hac Vice Admission*

*Attorneys for Colony Insurance Company*