IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SKILLETS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-cv-678–HEH |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

# ORDER
### (Denying Motion to Dismiss as Moot)

THIS MATTER is before the Court on Defendant's Motion to Dismiss the Amended Complaint for Failure to State a Claim (ECF No. 12) filed on October 2, 2020. After the Defendant filed the Motion, the Court granted Plaintiffs leave to file a Second Amended Complaint, which was subsequently filed on November 13, 2020 (ECF No. 30). In light of Plaintiffs filing the Second Amended Complaint, the Motion is DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                         Henry E. Hudson
                                         Senior United States District Judge

Date: **Nov. 18, 2020**
Richmond, Virginia