IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SKILLETS, LLC d/b/a SKILLETS )
RESTAURANT, *et al.*, )
)
      Plaintiffs, )
)
v. ) Civil Action No. 3:20cv678–HEH
)
COLONY INSURANCE COMPANY, )
)
      Defendant. )

**ORDER**
**(Granting Defendant's Motion to Dismiss)**

THIS MATTER is before the Court on Defendant's Motion to Dismiss, filed on November 25, 2020 (ECF No. 32). For the reasons fully stated in the accompanying Memorandum Opinion, and finding that any amendment to Plaintiff's Second Amended Class Action Complaint would be futile, Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Second Amended Class Action Complaint is hereby DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                       Henry E. Hudson
                                       Senior United States District Judge

Date: March 10, 2021
Richmond, VA