# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| SKILLETS, LLC d/b/a SKILLETS RESTAURANT; GOOD BREAKFAST, LLC d/b/a SKILLETS RESTAURANT; and SKILLET HOLDINGS, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLONY INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 3:20-cv-678-HEH<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL

Notice is hereby given pursuant to F.R.A.P. 3 and 4 that Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's March 10, 2021 Order (ECF No. 46) granting Defendant's Motion to Dismiss.

Dated: March 10, 2021

Respectfully submitted,

**MICHIE HAMLETT**

By:  */s/ Lisa S. Brook*
Lisa S. Brook (VSB No. 35661)
E. Kyle McNew (VSB No. 73210)
310 4th Street NE
PO Box 298
Charlottesville, Virginia 22902
Phone: 434-951-7231
Fax: 434-951-7254
lbrook@michiehamlett.com
kmcnew@michiehamlett.com

Adam J. Levitt *(admitted pro hac vice)*

Amy E. Keller*
Daniel R. Ferri*
Mark Hamill*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dferri@dicellolevitt.com
mhamill@dicellolevitt.com
lreasons@dicellolevitt.com

Mark A. DiCello*
Kenneth P. Abbarno *(admitted pro hac vice)*
Mark Abramowitz*
**DiCELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: 440-953-8888
madicello@dicellolevitt.com
kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

Mark Lanier*
Alex Brown*
Ralph (Skip) McBride*
**THE LANIER LAW FIRM PC**
10940 West Sam Houston Parkway North
Suite 100
Houston, Texas 77064
Telephone: 713-659-5200
WML@lanierlawfirm.com
alex.brown@lanierlawfirm.com
skip.mcbride@lanierlawfirm.com

Timothy W. Burns*
Jeff J. Bowen*
Jesse J. Bair*
Freya K. Bowen*
**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: 608-286-2302
tburns@bbblawllp.com

        jbowen@bbblawllp.com
        jbair@bbblawllp.com
        fbowen@bbblawllp.com

        Douglas Daniels\*
        **DANIELS & TREDENNICK**
        6363 Woodway, Suite 700
        Houston, Texas 77057
        Telephone:  713-917-0024
        douglas.daniels@dtlawyers.com

        *Counsel for Plaintiff*
        *and the Proposed Classes*

\*Applications for admission *pro hac vice* to be filed

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2021, I caused a true and correct copy of the foregoing to be filed via the Court's ECF Filing System and served upon all counsel of record via the Court's electronic court filing system.

                                                */s/ Lisa S. Brook*
                                                Lisa S. Brook