FILED: August 16, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1268
(3:20-cv-00678-HEH)
_____

SKILLETS, LLC, individually and on behalf of all others similarly situated, doing business as Skillets Restaurant; GOOD BREAKFAST, LLC, d/b/a Skillets Restaurant; SKILLETS HOLDINGS, LLC

  Plaintiffs - Appellants

v.

COLONY INSURANCE COMPANY

  Defendant - Appellee

-------------------------------

RESTAURANT LAW CENTER; VIRGINIA RESTAURANT, LODGING & TRAVEL ASSOCIATION

  Amici Supporting Appellants

AMERICAN PROPERTY CASUALTY INSURANCE ASSOCIATION; NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES

  Amici Supporting Appellee

_____

M A N D A T E
_____

The judgment of this court, entered July 25, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*